# First District Court of Appeal
## State of Florida

_____

No. 1D2025-0522
_____

JAIMIE MARIE WAGONER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Santa Rosa County.
Clifton A. Drake, Judge.

January 20, 2026

PER CURIAM.

AFFIRMED.

LEWIS, ROWE, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Jessica J. Yeary, Public Defender, and Jasmine Russell Dixon, Assistant Public Defender, Tallahassee, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.